# United States Bankruptcy Court

__Northern__ District Of _____Illinois_____

In re _____Donna H. Harrington_____,
         Debtor

Case No. _____

Chapter _____7_____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _299.00_____ in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

    $ _74.75_____      Check one ☑   With the filing of the petition, or
                                      ☐   On or before _____

    $ _74.75_____   on or before   _8 | 30 | 07_____

    $ _74.75_____   on or before   _9 | 30 | 07_____

    $ _74.75_____   on or before   _10 | 30 | 07_____

\*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition.  For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition.  Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   7/30/07
Signature of Attorney            Date

_Dennis W. Hoornstra_____
Name of Attorney

_____   7/30/07
Signature of Debtor              Date
(In a joint case, both spouses must sign.)

_____   _____
Signature of Joint Debtor (if any)      Date